**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| CELLSPIN SOFT, INC.,<br>*Plaintiff*,<br>v.<br>FOSSIL GROUP, INC. *and* FOSSIL STORES I, INC.,<br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:25-CV-00683-JRG-RSP |

**ORDER**

Defendants Fossil Group, Inc., and Fossil Stores I, Inc., (together, "Fossil") previously filed a Motion to Dismiss for Failure to State a Claim (Dkt. No. 11) and a related Motion for Rule 11 Sanctions (Dkt. No. 17). Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 53), recommending denial of the Motion to Dismiss and denial without prejudice of the Motion for Rule 11 Sanctions. Fossil has now filed Objections to the recommendation concerning the Motion to Dismiss. (Dkt. No. 64.) Fossil does not object to the recommendation that any denial of sanctions be without prejudice. (*Id.* at 1.)

After conducting a *de novo* review of the briefing on the Motion to Dismiss, the Report and Recommendation, and Fossil's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Fossil's Objections, **ADOPTS** the Report and Recommendation, and orders that the Motion to Dismiss (Dkt. No. 11) is **DENIED** and the Motion for Rule 11 Sanctions (Dkt. No. 17) is **DENIED WITHOUT PREJUDICE**.

**So ORDERED and SIGNED this 29th day of September, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE